James M. Gorski
ABA No. 7710123
Hughes Pfiffner Gorski Seedorf & Odsen, LLC
3900 C Street, Suite 1001
Anchorage, AK 99503
Telephone: 907-263-8255
Facsimile: 907-263-8320

Attorneys for The Society of Jesus, Oregon Province

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANE DOES 1 through 5,<br><br>Plaintiffs,<br><br>vs.<br><br>THE SOCIETY OF JESUS, OREGON PROVINCE; THE SOCIETY OF JESUS, ALASKA; and THE PIONEER EDUCATIONAL SOCIETY,<br><br>Defendants. | Case No. _____<br><br>**NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. 1452 AND BR 9027** |

PLEASE TAKE NOTICE that Defendant, **The Society of Jesus, Oregon Province ("the Province"),** has removed the above-captioned action to this court, based on the following facts:

Notice of Removal Pursuant to 28 U.S.C. 1452 and BR 9027
*James Does v. Society of Jesus, Oregon Province, et al.*
Page 1 of 4

Case 4:09-cv-00018-RRB   Document 1   Filed 04/10/09   Page 1 of 4

1. On February 17, 2009 (the "Petition Date"), the Province filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Oregon, Portland Division. The Province's Chapter 11 case is being administered under bankruptcy case no. 09-30938-ELP.

2. The above referenced state action was commenced subsequent to the Petition Date by the filing of a complaint in the Superior Court for the State of Alaska, Fourth Judicial District at Bethel. A copy of the Summons and Complaint received by the Province on April 9, 2009 are attached hereto as Exhibits 1 and 2. In addition, attached hereto as Exhibit 3 is a copy of the Amended Complaint Before Answer provided to the Province on April 8, 2009. Pursuant to 28 U.S.C. § 1446 removal of this matter is timely if within thirty days after receipt by the Province of a copy of the complaint. A copy of the Notice of Removal to United States District Court for the District of Alaska filed with the State of Alaska Superior Court, Fourth Judicial District at Bethel is attached hereto as Exhibit 4.

3. The claims raised in this case may be removed to this Court. Removal is proper because the claims are: (a) asserted in a civil action; (b) not exempt from removal; and (c) this Court has subject matter jurisdiction over the removed claims pursuant to 28 U.S.C. §§1441, 1452 and 1334. These claims raise federal questions and are related to the Defendant's bankruptcy proceeding. *See Calumet National Bank v. Levine*, 179 B.R. 117, 120 (N.D. Ind. 1995) (stating that "related to" jurisdiction includes tort claims that "might result in a substantial judgment against [the debtor] and, in turn, a claim against the bankruptcy estate").

HUGHES PFIFFNER GORSKI
SEEDORF & ODSEN, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Notice of Removal Pursuant to 28 U.S.C. 1452 and BR 9027
*James Does v. Society of Jesus, Oregon Province, et al.*
Page 2 of 4

Case 4:09-cv-00018-RRB   Document 1   Filed 04/10/09   Page 2 of 4

4. Pursuant to 28 U.S.C. § 1452 and BR 9027(a)(1), this court is the proper venue for removal because notice of removal is filed in "the district court for the district where [plaintiffs'] civil action is pending." And with the "clerk for the district and division within which is located the state or federal court where the civil action is pending."

5. Removal is timely pursuant to BR 9027(a)(3) because the Notice of Removal was filed within 30 days after receipt of a copy of the initial pleadings setting forth the claim or cause of action sought to be removed.

6. Consent of co-defendants, if any, is not necessary for removal under 28 U.S.C. § 1452. *See Cal. Pub. Empl. Ret. Sys. v. Worldcom, Inc.*, 368 F.3d 86 (2d Cir. 2004).

7. Upon removal, all proceedings with respect to the removed claims and causes of action are core proceedings except the liquidation or estimation of contingent or unliquidated personal injury tort against the bankruptcy estate for purposes of distribution in the Bankruptcy Case. 28 USC § 157(b)(2)(B). As to any non-core proceedings concerning such claims, Defendant consents to entry of final orders or judgment by the bankruptcy judge, but only if the case is transferred to the United States District Court or the United States Bankruptcy Court for the District of Oregon.

8. Copies of all process, pleadings and orders in the state court action will be filed with the court upon receipt from the Bethel court. Because the pleadings are on file in that state court, the Province respectfully requests a period of at least thirty (30) days to procure and assemble such documentation.

HUGHES PFIFFNER GORSKI
SEEDORF & ODSEN, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Notice of Removal Pursuant to 28 U.S.C. 1452 and BR 9027
*James Does v. Society of Jesus, Oregon Province, et al.*
Page 3 of 4

Pursuant to BR 9027(b), a copy of this Notice and related documents has been served on counsel of record for all parties.

DATED at Anchorage, Alaska, this 10th day of April, 2009.

HUGHES PFIFFNER GORSKI SEEDORF & ODSEN, LLC, Attorneys for Defendants, The Society of Jesus, Oregon Province and The Society of Jesus, Alaska

By: s/James M. Gorski
James M. Gorski
ABA No. 7710123
3900 C Street, Suite 1001
Anchorage, AK 99503
Telephone No: (907) 274-7522
Facsimile No: (907) 263-8320
Email: JMG@hpglaw.net

279368

I hereby certify that a true and correct copy of the foregoing was mailed this 10th day of April, 2009 to:

Sean Brown
Power and Brown LLC
P.O. Box 1809
Bethel, AK 99559

s/James M. Gorski

HUGHES PFIFFNER GORSKI
SEEDORF & ODSEN, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Notice of Removal Pursuant to 28 U.S.C. 1452 and BR 9027
*James Does v. Society of Jesus, Oregon Province, et al.*
Page 4 of 4

Case 4:09-cv-00018-RRB   Document 1   Filed 04/10/09   Page 4 of 4